UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM E. BUCHANAN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant. | NO. CV-09-0031-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER OF REMAND<br>(Ct. Rec. 18) |

   The Court has considered the parties' stipulated motion for an order of remand (Ct. Rec. 18).

   IT IS ORDERED that the motion is GRANTED.

   The case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall conduct a de novo hearng. In addition, the ALJ shall further develop and evaluate the nature, severity, and duration of plaintiff's impairments. Specifically, the ALJ shall obtain updated evidence from medical sources as well as an appropriate consultative examination. The report from the consultative examiner should include a medical source statement of plaintiff's ability to perform work-related functions. The ALJ shall also reassess all the evidence of record. Including but not limited to the treatment notes of Annabelle S. Payne, LCSW, the opinions of Charles Wolfe, M.D., and the lay testimony of Pamela Winkleblack. The ALJ shall also reassess plaintiff's credibility and residual functional capacity, including any non-exertional limitations. If necessary, the ALJ shall obtain additional vocational expert testmony, and shall address any inconsistencies between the VE's testimony and the Dictionary of Occupational Titles. The ALJ shall inquire about plaintiff's transferable skills, if applicable.

1  IT IS SO ORDERED this 20th day of August, 2009.

3            <u>s/ James P. Hutton</u>
4            JAMES P. HUTTON
5          UNITED STATES MAGISTRATE JUDGE