**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

WILLIAM E. BUCHANAN,                )
                                    )
            Plaintiff,              )
                                    )          NO.  CV-09-0031-JPH
    vs.                             )
                                    )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,                  )       **CIVIL CASE**
Commissioner of Social Security,    )
                                    )
            Defendant.              )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 20th  day of August, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

by:   s/Pamela A. Howard
                Deputy Clerk

cc: all counsel